**DISMISS; and Opinion Filed May 20, 2013.**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-11-00961-CV

## IN THE INTEREST OF P.L., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-53802-2010**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

Appellant's brief is overdue. By order dated August 13, 2012, we granted appellant's motion to extend time to file appellant's brief, making appellant's brief due by October 5, 2012. By postcard dated December 12, 2012, we notified appellant the time for filing his brief had expired. We directed appellant to file, within ten days, both appellant's brief and an extension motion. We cautioned appellant that failure to do so would result in dismissal of his appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Robert M. Fillmore/

ROBERT M. FILLMORE

110961F.P05                                        JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF P.L., A CHILD

No. 05-11-00961-CV

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-53802-2010.
Opinion delivered by Justice Fillmore.
Justices O'Neill and Francis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee April Lamp recover her costs of this appeal from appellant Christopher Lamp.

Judgment entered this 20th day of May, 2013.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE